# Exhibit A

## Shelf-Space Funds

AIG SunAmerica Asset Management
AIM Investments
AllianceBernstein
American Funds
American Skandia
Columbia Management
Fidelity Investments
Franklin Templeton Investments
Hartford Mutual Funds
John Hancock Funds
MFS
NationsFunds
Pacific Life
Pioneer Investments
Putnam Investments
Oppenheimer Funds
Scudder Investments
Van Kampen Investments
WM Funds Distributor, Inc.