# Exhibit D

**Plaintiffs' Transactions in the Shelf-Space Funds**

| Plaintiff | Shelf-Space Fund | Purchase or Sale | Trade Date | Number of Shares | Price Per Share |
|---|---|---|---|---|---|
| Alan Bogage | AIM Value | Purchase | 10/4/2001 | 147.000 | $6.77 |
| | AIM Intermediate Government | Purchase | 2/6/2003 | 584.015 | $9.47 |
| | AIM Premier Equity (f/k/a AIM Value) | Sale | 2/6/2003 | 247.017 | $4.65 |
| | WM Balanced | Purchase | 2/7/2003 | 1,170.412 | $10.68 |
| | AIM Intermediate Government | Sale | 4/22/2004 | 616.931 | $9.10 |
| | WM Balanced | Purchase | 4/25/2004 | 414.469 | $13.27 |
| | WM Balanced | Purchase | 5/5/2004 | 655.988 | $13.11 |
| Ethel J. Karabin | | | | | |
|   IRA FBO Ethel J. Karabin | Investment Company of America | Purchase | 4/28/2003 | 1,403.931 | $24.95 |
| | Oppenheimer Limited-Term Government | Purchase | 4/28/2003 | 3,258.845 | $10.74 |
|   FBO The Residual Trust of The Karabin Trust U/A DTD 05/10/1985 | Putnam California Tax Exempt Income | Purchase | 4/30/2003 | 1,820.485 | $9.08 |
| Joseph & Frances Martingano | SunAmerica Growth Opportunities | Purchase | 5/15/2002 | 19.383 | $17.14 |
| | SunAmerica Growth Opportunities | Purchase | 5/6/2003 | 20.564 | $12.80 |
| | SunAmerica Growth Opportunities | Purchase | 8/15/2003 | 7.174 | $13.94 |
| | SunAmerica Growth Opportunities | Sale | 5/24/2004 | 721.340 | $14.22 |
| | Fidelity Intl Growth and Income | Purchase | 5/27/2004 | 304.325 | $24.46 |
| | Fidelity Dividend Growth | Purchase | 5/27/2004 | 405.149 | $27.43 |
| | Fidelity Equity Income Fund | Purchase | 5/27/2004 | 207.347 | $49.47 |
| Steven R. Wiskow | American Funds Income Fund of America | Purchase | 4/8/2005 | 207.147 | $19.31 |
| | American Funds Income Fund of America | Purchase | 4/13/2005 | 310.720 | $19.31 |
| | American Funds Income Fund of America | Purchase | 5/11/2005 | 142.338 | $19.25 |
| Edsel F. Young | Pioneer Fund | Purchase | 4/2/2002 | 48.054 | $41.62 |
| | Pioneer Fund | Purchase | 4/7/2003 | 110.236 | $31.75 |
| | Pioneer Fund | Purchase | 7/21/2003 | 42.557 | $35.23 |
| | Pioneer Fund | Purchase | 9/4/2003 | 53.735 | $37.27 |
| | Pioneer Fund | Purchase | 3/15/2004 | 87.896 | $39.82 |
| | Pioneer Fund | Purchase | 11/5/2004 | 46.522 | $42.99 |
| | Pioneer Fund | Purchase | 1/11/2005 | 34.522 | $43.45 |