UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUDGMENT
06-CV-1625 (JG)

In re: AIG ADVISOR GROUP SECURITIES
LITIGATION.

-------------------------------------------------------------X

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 20, 2007, granting defendants' motion to dismiss with prejudice; it is

ORDERED and ADJUDGED that judgment is hereby entered granting defendants' motion to dismiss with prejudice.

Dated: Brooklyn, New York
September 24, 2007

s/Robert C. Heinemann

ROBERT C. HEINEMANN
Clerk of Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 25 2007 ★